RECEIVED
NOV - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:92-60025 |
| | CIVIL NO. 6:16-1372 |
| VERSUS | JUDGE DRELL |
| GARY JEFFERSON BYRD | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the entire record and the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the motion to vacate filed pursuant to 28 U.S.C. §2255 by Gary Jefferson Byrd [rec. doc. 216] is **DISMISSED WITHOUT PREJUDICE** because the motion constitutes a second and successive motion within the meaning of 28 U.S.C. § 2255(h) and §2244(b)(2) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

Thus done and signed this 3rd day of November, 2016 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT